EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Gilberto Rodríguez Zayas | 2015 TSPR 85 193 DPR ____ |
|---|---|

Número del Caso: TS-7583

Fecha: 19 de junio de 2015

Oficina de Inspección de Notarías:

      Lcdo. Manuel E. Ávila de Jesús
      Director

Materia: Conducta Profesional – La Suspensión será efectiva el 2 de julio de 2015, fecha en que fue notificado del abogado de su suspensión inmediata.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:


Gilberto Rodríguez Zayas

TS-7583


RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de junio de 2015.

El 6 de febrero de 2015 emitimos una resolución en la que ordenamos al Lcdo. Gilberto Rodríguez Zayas corregir las deficiencias señaladas en el Informe de la Oficina de Inspección de Notarías, incluyendo la reconstrucción de los protocolos correspondientes a los años naturales 1999 y 2000. Además, le ordenamos informar si su incumplimiento había causado daños a alguna persona o había sido objeto de pleito o controversia. Se le apercibió que de no cumplir con lo ordenado podría conllevar sanciones adicionales, incluyendo la separación de la práctica de la abogacía y notaría.

El 11 de marzo de 2015 el licenciado Rodríguez Zayas solicitó una prórroga de 45 días, la cual se le concedió el 14 de abril de 2015. Al día de hoy, no ha comparecido. Por consiguiente, se suspende indefinidamente y de inmediato al querellado, Lcdo. Gilberto Rodríguez Zayas, del ejercicio de la notaría. Además, se le ordena que no más tarde de los veinte (20) días siguientes a la fecha de notificación de esta Resolución, muestre causa por la que no deba ser suspendido inmediata e indefinidamente del ejercicio de la profesión.

El Alguacil de este Tribunal deberá incautarse del sello y la obra notarial del abogado suspendido y entregarlos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe a este Tribunal.

Por último, atendido el señalamiento de una deficiencia arancelaria, se refiere este asunto al Secretario de Justicia para la acción que éste entienda que corresponde.

Notifíquese personalmente.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo